# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DOUGLAS KESSLER,      :   No. 171 WM 2018

       Petitioner      :

       v.      :

COMMONWEALTH OF PENNSYLVANIA'S JUDICIARY COURT OF COMMON PLEAS OF JEFFERSON COUNTY, BROOKEVILLE, PA AND PENNSYLVANIA DEPT. OF CORRECTIONS,      :

       Respondents      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of February, 2019, the Application for Leave to File Original Process is GRANTED. The Petition for Writ of Habeas Corpus, the Motion for Hearing, and the Motion for Order of Contempt and Motion for Order of Judgment are DENIED.